# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GERARD M. PENA & BEVERLY A. PENA  
8510 N. ALPINE ROAD  
MACHESNEY PARK, IL  61115  

SSN-xxx-xx-5341 & xxx-xx-1662

Case Number: 06-71823

Case filed on: 10/5/2006  
Plan Confirmed on: 1/5/2007  

O Paid Out, No Discharge

Total funds received and disbursed pursuant to the plan: $20,774.22          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | LAW OFFICE OF CROSBY & ASSOCIATES | 3,465.90 | 3,465.90 | 0.00 | 0.00 |
|  | Total Legal | 3,465.90 | 3,465.90 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 3,432.02 | 3,432.02 | 3,432.02 | 24.19 |
| 006 | DEPARTMENT OF THE TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | DEPARTMENT OF THE TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ILLINOIS DEPARTMENT OF REVENUE | 1,792.36 | 1,792.36 | 1,792.36 | 12.64 |
|  | Total Priority | 5,224.38 | 5,224.38 | 5,224.38 | 36.83 |
| 999 | GERARD M. PENA | 0.00 | 0.00 | 1,554.59 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,554.59 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CITIZENS FINANCE | 1,339.59 | 1,339.59 | 1,339.59 | 51.58 |
| 003 | HEIGHTS FINANCE | 2,734.59 | 1,500.00 | 1,500.00 | 14.85 |
| 004 | HOMEQ SERVICING | 15,339.14 | 1,897.38 | 1,897.38 | 0.00 |
|  | Total Secured | 19,413.32 | 4,736.97 | 4,736.97 | 66.43 |
| 002 | CITIZENS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HEIGHTS FINANCE | 0.00 | 1,234.59 | 1,234.59 | 15.22 |
| 005 | INTERNAL REVENUE SERVICE | 313.36 | 313.36 | 313.36 | 3.88 |
| 007 | ADVANCE AMERICA, CASH ADVANCE CENTERS IL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | RADIOSHACK CORPORATION | 49.65 | 49.65 | 49.65 | 0.63 |
| 009 | B-REAL LLC | 1,071.02 | 1,071.02 | 1,071.02 | 13.16 |
| 010 | CAPITAL ONE | 654.59 | 654.59 | 654.59 | 8.07 |
| 011 | CASHBOX, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COLLECT ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DEBT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DENTAL GROUP OF ROCKFORD | 291.40 | 291.40 | 291.40 | 3.59 |
| 015 | ER SOLUTIONS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 355.25 | 355.25 | 355.25 | 4.35 |
| 017 | HEARLAND DENTAL CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | IHC SWEDISH AMERICAN EMERGENCY PHY | 155.00 | 155.00 | 155.00 | 1.94 |
| 019 | KENNETH M. KUTSCH, D.D.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | KOHN LAW FIRM S.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NICOR GAS | 995.84 | 995.84 | 995.84 | 12.26 |
| 026 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | TRS RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ASSET ACCEPTANCE CORP | 231.78 | 231.78 | 231.78 | 2.85 |
| 030 | SOUTHEASTERN WISCONSIN ANESTHESIOLOGY | 1,037.75 | 1,037.75 | 1,037.75 | 12.83 |
| 032 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | HARLEM CONSOLIDATED SCHOOLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | COLLINS FINANCIAL SERVICES INC | 1,438.43 | 1,438.43 | 1,438.43 | 17.78 |
| 035 | ILLINOIS DEPARTMENT OF REVENUE | 30.00 | 30.00 | 30.00 | 0.33 |
|  | Total Unsecured | 6,624.07 | 7,858.66 | 7,858.66 | 96.89 |
|  | Grand Total: | 34,727.67 | 21,285.91 | 19,374.60 | 200.15 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $19,574.75 |
| Trustee Allowance: | $1,199.47 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008         By  /s/Heather M. Fagan